# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | | |
|---|---|---|
| **JOANN CULBERTSON.,** | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:13cv00013 |
| | ) | **ORDER** |
| | ) | |
| **CAROLYN W. COLVIN,** | ) | |
| **Acting Commissioner of Social Security,** | ) | By: PAMELA MEADE SARGENT |
| Defendant | ) | United States Magistrate Judge |

For the reasons stated in the Report and Recommendation entered on August 11, 2014, the plaintiff's motion for summary judgment is **DENIED**, the Commissioner's motion for summary judgment is **GRANTED**, and the Commissioner's decision denying benefits is **AFFIRMED**.

ENTERED: September 9, 2014.

/s/ *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE